**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
Nov 14   1 55 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| KATHLEEN MILLS | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 303 CV 322 (PCD) |
| v. | ) | |
| RE/MAX HERITAGE | ) | |
| Defendant | ) | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff requests that the Court grant an extension of 30 days in which to respond to Defendant's Interrogatories and Requests for Production. Plaintiff received Defendant's Interrogatories and production request on October 16, 2003 and thus requests that she be allowed to file a response on or by December 16, 2003. This is Plaintiff's first request for an extension of time.

Defendant's counsel has no objection to this request.

THE PLAINTIFF,

By: /s/
Victoria de Toledo, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT  06905
Fed Bar No. 06741
Tel. No.: 203-325-8600

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date hereon, to the following counsel of record:

>Conrad S. Kee
>Jackson Lewis, LLP
>177 Broad Street
>P.O. Box 251
>Stamford, CT 06904-0251

_____
Victoria de Toledo