UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS ) | CIVIL ACTION NO. |
| Plaintiff, ) | 303 CV 322 (PCD) |
| v. ) | |
| RE/MAX HERITAGE ) | |
| Defendant ) | NOVEMBER 13, 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff requests that the Court grant an extension of 30 days in which to respond to Defendant's Interrogatories and Requests for Production. Plaintiff received Defendant's Interrogatories and production request on October 16, 2003 and thus requests that she be allowed to file a response on or by December 16, 2003. This is Plaintiff's first request for an extension of time.

Defendant's counsel has no objection to this request.

THE PLAINTIFF,

By: _____
Victoria de Toledo, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905
Fed Bar No. 06741
Tel. No.: 203-325-8600