UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RE/MAX HERITAGE )<br>)<br>Defendant. ) | FILED<br>DEC 12  3 49 PM '03<br><br>CIVIL ACTION NO<br>3:03 CV 322 (PCD)<br><br><br><br>December 8, 2003 |

## CERTIFICATION OF COMPLIANCE WITH SUPPLEMENTAL ORDER

Plaintiff, by her counsel, hereby certifies that her motion for remand was initially served upon defendant on October 10, 2003. Following the return of plaintiff's motion by the court on October 23, the parties agreed that plaintiff's motion would be deemed served effective October 24, 2003. (See, Attached letter.)

Since October 24, Defendant requested and received two extensions of time to respond, the latest being until the close of business on Thursday, December 4. To date, however, defendant has not filed any opposition papers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

THE PLAINTIFF

By: _____
Harold R. Burke CT03338
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600

Facsimile: (203) 323-5970

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date hereon, to the following counsel of record:

> Conrad S. Kee
> Michelle Riordan
> Jackson Lewis, LLP
> 177 Broad Street
> P.O. Box 251
> Stamford, CT 06904-0251

_____
Harold R. Burke

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHLEEN MILLS | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:03 CV 322 (PCD) |
| v. | ) ) | |
| RE/MAX HERITAGE | ) ) | |
| Defendant. | ) ) | OCTOBER 10, 2003 |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, Kathleen Mills, by her attorneys, Casper & de Toledo, LLC, and pursuant to 28 U.S.C. § 1447(c), moves this Court for an order remanding the state law claim back to the Superior Court within and for the Stamford/Norwalk Judicial District. The basis for this motion is that this Court does not have jurisdiction over the federal disability claim given that the Defendant does not meet the definition of an "employer" as required by 42 U.S.C. § 12111(5)(A). Absent jurisdiction over the federal law claim, this Court cannot exercise supplemental jurisdiction over the pendent state law claim and must remand the claim.

The Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, subjects a "covered entity" to the requirements of the statute. A covered entity includes an employer "engaged in an industry affecting commerce who has 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year." 42 U.S.C. § 12111(5)(A).

In this case, the defendant is a real estate brokerage company which is affiliated with sales agents licensed by the State of Connecticut to market real estate. Although the

DENIED for failure to comply with the service/filing requirements of this Court's Supplemental Order. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

10/20/03

## CASPER & DE TOLEDO LLC

ATTORNEYS AT LAW
1458 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
TEL (203) 325-8600
FAX (203) 323-5970
WWW.CASPERDETOLEDO.COM

STEWART M. CASPER*◊
VICTORIA DE TOLEDO
ANASTASIOS T. SAVVAIDES*
HAROLD R. BURKE*

VDETOLEDO@casperdetoledo.com

* also admitted in new york
◊ certified civil trial advocate - national board of trial advocacy

October 24, 2003

Conrad S. Kee
Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251

Re: **Mills v. ReMax Heritage**

Dear Shawn:

Referencing our telephone conversation today, please consider our Motion to Remand to be re-filed as of today.

Thank you and I will await your reply before filing the papers with Judge Dorsey.

Sincerely,

Harold R. Burke

HRB/md
encl.

cc:   Kathy Mills