UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 12   3 40 PM '03

| | |
|---|---|
| KATHLEEN MILLS | ) |
|     Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03 CV 322 (PCD) |
| v. | ) |
| | ) |
| RE/MAX HERITAGE | ) |
| | ) |
|     Defendant. | ) December 8, 2003 |

## REQUEST THAT MOTION BE GRANTED

Plaintiff, by her counsel, hereby requests that her motion to remand be garnted absent opposition.

In support of this request, plaintiff has filed herewith the original motion and a certificate of compliance with the Court's (Dorsey, J.) supplemental order.

On the basis of these documents, plaintiff respectfully requests that her motion be granted.

THE PLAINTIFF

By: _____
Harold R. Burke CT03338
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600
Facsimile: (203) 323-5970

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date hereon, to the following counsel of record:

Conrad S. Kee
Michelle Riordan
Jackson Lewis, LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251

_____
Harold R. Burke