UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 12  3 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| KATHLEEN MILLS | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 303 CV 322 (PCD) |
| v. | ) | |
| RE/MAX HERITAGE | ) | |
| Defendant | ) | December 10, 2003 |

**Motion to Amend Scheduling Order**

The plaintiff, by her attorney, and pursuant to Local Rule 7(b)(2), moves for a 90 day extension of the time to complete discovery as set forth in the pending scheduling order. The parties have conferred and agree that this can be viewed as a stipulated motion. This is the first request for extension submitted by either party.

As of this date, defendant have served interrogatories and requests for production upon plaintiff and plaintiff has sought an received an extension of time to answer. Responses are due December 20. Following receipt of the responses, defendant has indicated that it wishes to take plaintiff's deposition. Plaintiff also plans on taking defendant's deposition. Given the limited amount of discovery outstanding, the parties do not anticipate that extension of the discovery deadline will alter the other dates contained in the scheduling order. It should also be noted that plaintiff has filed a motion to remand the case to state court on the basis that federal jurisdiction does not

exist.

On the basis of the above, the parties respectfully request that this motion be granted.

THE PLAINTIFF

By: _____
Harold R. Burke, Esq. 03332
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600
Fax No. (203) 323-5970
hburke@casperdetoledo.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date hereon, to the following counsel of record:

>Conrad S. Kee
>Jackson Lewis, LLP
>177 Broad Street
>P.O. Box 251
>Stamford, CT 06904-0251

_____
Harold R. Burke

3