UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS,<br>Plaintiff, | : <br> :    3:03 CV 322 (PCD) <br> : |
| v. | : <br> : |
| RE/MAX HERITAGE,<br>Defendant. | :    December 17, 2003 <br> : <br> : |

## MOTION TO WITHDRAW APPEARANCE OF MICHELLE H. RIORDAN

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of her appearance as attorney for defendant, Re/Max Heritage, in this case because she will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant, Re/Max Heriatge. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of Defendants. See Dkt No. 4.

Respectfully submitted,

RE/MAX HERITAGE

By: _/s/ Michelle H. Riordan_
Michelle H. Riordan (CT 23774)
Conrad S. Kee (CT 16904)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: KeeC@jacksonlewis.com
Email: RiordanM@jacksonlewis.com
Their Attorneys

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed via first class mail, postage prepaid, this 17th day of December 2003 to counsel of record listed below:

>Victoria de Toledo
>Casper & de Toledo
>1458 Bedford Street
>Stamford, CT 06905

*Michelle H. Riordan*
Michelle H. Riordan

2



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Victoria de Toledo, Esq.<br>Casper & de Toledo<br>1458 Bedford Street<br>Stamford, CT 06905 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 2260 0002 6404 5069 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540