## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS | : |
| | : |
| VS. | : CASE NO. 3:03CV322 (PCD) |
| | : |
| RE/MAX HERITAGE | : |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance of Michelle H. Riordan, document no. 24, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 24th day of December, 2003.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court