UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS, | CASE NO. 3:03-CV-322 (PCD) |
| Plaintiff, | |
| v. | |
| RE/MAX HERITAGE | December 12, 2003 |
| Defendant. | |

## APPEARANCE OF NATASHA C. MAYNARD

Please enter my appearance as attorney for Defendant Re/Max Heritage in addition to those already on file.

Respectfully submitted,

*/s/ Natasha C. Maynard*
Natasha C. Maynard
CT 25369
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (fax)
maynardn@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served this day, via regular mail, postage prepaid, to:

Victoria de Toledo
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905

*/s/ Natasha C. Maynard*
Natasha C. Maynard