UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHLEEN MILLS | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 303 CV 322 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| RE/MAX HERITAGE | ) | |
| | ) | |
| Defendant | ) | January 30, 2004 |

**Motion to Amend Scheduling Order**

The plaintiff, by her attorney, and pursuant to Local Rule 7(b)(2), moves for a 30 day extension of the time to complete discovery through and including February 28, 2004.  The parties have conferred and agree that this can be viewed as a stipulated motion. This is the second request for extension submitted by either party.

As of this date, plaintiff has been deposed and provided responses to defendants interrogatories and requests for production.  Due to commitments in other cases, counsel have been unable to coordinate dates for the deposition of defendant's representative – the only outstanding discovery to be undertaken.  Given the limited amount of discovery outstanding, the parties do not anticipate that extension of the discovery deadline will alter the other dates contained in the pending scheduling order.  It should also be noted that plaintiff has filed a motion to remand the case to state court on the basis that federal jurisdiction does not exist and is awaiting adjudication.

On the basis of the above, the parties respectfully request that this motion be granted.

                                        THE PLAINTIFF

By:_____
      Harold R. Burke, Esq. 03332
      Casper & de Toledo LLC
      1458 Bedford Street
      Stamford, CT 06905
      Tel. No.: (203) 325-8600
      Fax No. (203) 323-5970
      hburke@casperdetoledo.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date hereon, to the following counsel of record:

>Conrad S. Kee
>Jackson Lewis, LLP
>177 Broad Street
>P.O. Box 251
>Stamford, CT 06904-0251

_____
Harold R. Burke