UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN MILLS : | |
| : | |
| -vs- : | Civil No. 3:03 cv 322 (PCD) |
| : | |
| RE/MAX HERITAGE : | |

ENDORSEMENT ORDER

     Plaintiff's motion for extension of time (Doc. #27) is hereby GRANTED.

Discovery shall be completed on or before February 28, 2004 and Dispositive motions shall be filed on or before March 28, 2004, compliant with the Court's Supplemental Order.

SO ORDERED.

Dated at New Haven, Connecticut, February 12, 2004.

                                    /s/ Peter C. Dorsey
                                       Peter C. Dorsey, Senior
                                       United States District Judge