**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

TEL. NO. 773-2140
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

FILED
MAR 19  12 20 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

February 27, 2004

Clerk, Superior Court
State of Connecticut
Judicial District of Stamford/Norwalk
 at Stamford/Civil Division
123 Hoyt Street
Stamford, CT 06905

Re: MILLS -v- RE/MAX HERITAGE
    Case No: 3:03 cv 322 (PCD)

Dear Sir/Madame:

The above entitled case is remanded to your court upon the court's ruling. Enclosed please find original documents numbered 1 through 28, a certified copy of the court's ruling (document #29) remanding this case, and a certified copy of the docket.

Please acknowledge receipt of above documents on the bottom portion of the copy of this letter, and kindly return the same in the envelope provided.

Very truly yours,

KEVIN F. ROWE, CLERK

S.A. Brown
Deputy Clerk

KFR/sab
Enc.

The above mentioned documents received 3/3/04
By_____ for Clerk, Superior Court, District of
Stamford/Norwalk, at Stamford, Connecticut. Newly assigned case
number_____

0193581